AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

U.S. MARSHAL SERVICE
2013 AUG 15 P 2: 09

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-MJ-2278-MBB |
| Jason Melchionda | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Jason Melchionda
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Section 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Heroin

Date: August 13, 2013

_Marianne B. Bowler USMJ_
*Issuing officer's signature*

City and state:    Boston, Massachusetts            Marianne B. Bowler, United States Magistrate Judge
                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____
                    WARRANT EXECUTED BY DEA
                    BY ARREST/ARRAIGNMENT OF THE
Date: _____   DEFENDANT ON  8/15/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.

Natasha Quinones

Defendant

Case No. 13-MJ-2278-MBB

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Natasha Quinones
,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Section 846 – Conspiracy to Possess with Intent to Distribute and to Distribute Heroin

Date: August 13, 2013

Issuing officer's signature: Marianne B. Bowler, USMJ

City and state:  Boston, Massachusetts

Marianne B. Bowler, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  8/15/2013

Arresting officer's signature

Printed name and title